# Court of Appeals, State of Michigan

# ORDER

Gen-Wealth Inc v Brian A Freckman

Docket No.   353584

LC No.       17-005157-CB

Kirsten Frank Kelly
Presiding Judge

Deborah A. Servitto

Anica Letica
Judges

The Court orders that the May 13, 2021 opinion is hereby AMENDED to correct a clerical error:  On page 1, under Basic Facts, Brian Wilson is changed to David Wilson.

In all other respects, the May 13, 2021 opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

June 3, 2021
_____
Date

_____
Chief Clerk